The People of the State of New York, Respondent, v. Warren Nelson, Appellant:— Judgment and order affirmed. No opinion. (McLaughlin, J., dissented on the ground that the evidence does not justify a finding that the complaining witness was under eighteen years of age.)

The People of the State of New York on the Complaint of Victor Lofquist, Respondent, v. Neils Hendrickson, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York ex rel. James P. Gleason, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent. — Writ dismissed and proceedings affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Account of Proceedings of Katharine T. Martin and Alrick H. Man, Executors, etc., of Mary J. Martin, Deceased, Respondents, Appellants. Caroline M. Robinson, Appellant, Respondent.— Decree affirmed, without costs. No opinion. (Laughlin, J., dissented on appeal of Caroline M. Robinson on the question of interest.)

Otto Fleiker, as Administrator, etc., of Charles Fleiker, Deceased, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Saul Saltzman and William A. Schwartz, Respondents, v. Isaac Polstein, Appellant.— Judgment and order reversed and new trial ordered, with costs to abide event on the ground that the verdict is against the weight of evidence. (Houghton, J., dissented.)

Selma L. M. Peterson, Appellant, v. Supreme Lodge, Knights of Honor, Respondent.— Judgment affirmed, with costs. No opinion.

Moritz Walter and Isaac N. Walter, in Their Respective Individual Capacities and as Executors of and Trustees under the Last Will and Testament of Emanuel Walter, Deceased, Respondents, v. Herman N. Walter and Others, Defendants, Impleaded with Mary Frank and Others, Appellants, and Regents of the University of California and Mark Hopkins Institute of Arts, Respondents.— Judgment affirmed, with costs to all parties who appeared separately and filed briefs on this appeal, payable out of the estate, on opinion of the court below. (Reported in 60 Misc. Rep. 383. See, also, Id. 570.)

Central Trust Company of New York, as Substituted Trustee under a Certain Indenture of Mortgage Bearing Date the 15th day of May, 1900, Made by the Third Avenue Railroad Company, a Corporation, to the Morton Trust Company, as Trustee, Respondent, v. Morton Trust Company and Others, Defendants, Impleaded with Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Appellants, and Frederick W. Whitridge, as Receiver of the Third Avenue Railroad Company, Respondent.— Judgment affirmed, with one bill of costs of appeal. No opinion.

Katherine Murray, as Administratrix, etc., of James Murray, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Laughlin, JJ., dissented on the ground that the verdict finding the plaintiff free from contributory negligence is against the weight of evidence.)

Abraham Leavitt, Appellant, v. Henri De Vries, Respondent.— Judgment and order affirmed, with costs, on opinion on former appeal (127 App. Div. 721).